IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31263
Summary Calendar
_____

MARVIN ROLLINS,

                                        Plaintiff-Appellant,

versus

PETRO DRIVE INCORPORATED,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CV-2075
- - - - - - - - - -
September 4, 1996
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

The appellant Marvin Rollins appeals the district court's grant of summary judgment dismissing his suit filed pursuant to the Jones Act, 46 U.S.C. app. § 688, against the appellee, Petro Drive, Incorporated (Petro-Drive). The principal issue in this appeal is whether Rollins raised a fact issue as to his status as a seaman in order to maintain his action under the Jones Act. We have reviewed the record and arguments on appeal and find no

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reversible error.  The judgment of the district court is affirmed for essentially the reasons stated by the district court in its memorandum ruling granting summary judgment for Petro-Drive.  See Rollins v. Petro-Drive, Inc., No. 94-2075 (W.D. La. Oct. 30, 1995).

AFFIRMED.